IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEENAN KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>CHEBAT MANAGEMENT<br>GROUP, LLC, et al.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION FILE<br>:<br>: NO. 1:13-CV-655-WSD-ECS<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice as to all claims.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:   /s/ Kris Skaar
       Kris Skaar
       Attorney for Plaintiff
       Georgia Bar No. 649610

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600 ● fax (770) 427 - 9414
krisskaar@aol.com